IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFONIA

GEORGE S. LOUIE,

    Plaintiff,                                CIV. NO. S- 11-0883 KJM GGH PS

    vs.

DON JOHNSON,

    Defendant.                            <u>ORDER</u>

_____/

        Plaintiff, who is proceeding pro se in this action, was referred to the undersigned pursuant to Local Rule 302(c)(21). Defendant's motion to strike is presently noticed for hearing on the June 23, 2011, law and motion calendar of the undersigned. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The June 23, 2011 hearing on the motion to strike, filed May 25, 2011, is vacated; and

////

1  2. The motion is submitted on the record.

2  DATED: June 16, 2011

3  /s/ Gregory G. Hollows

4  GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

5  GGH:076:Louie0883.vac.wpd