IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

       Plaintiff,                     CIV. NO. S-11-0883 KJM GGH PS

   vs.

DON JOHNSON,

       Defendant.                <u>ORDER</u>

_____/

       On August 5, 2011, Chapter 7 Trustee Alan S. Fukushima ("Trustee") filed a motion to refer this case to the bankruptcy court before the undersigned. (Dkt. No. 12.) In his motion, the Trustee represented that he had been appointed as trustee of the bankruptcy estate created by plaintiff's bankruptcy proceedings, and intends to prosecute this case as the plaintiff pursuant to 11 U.S.C. § 541(a)(1). The Trustee is represented by counsel. Both the Trustee and defendant now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

////

////

////

1

1 | The hearing on the Trustee's motion to refer this case to the bankruptcy court
2 | presently scheduled on September 8, 2011 at 10:00 a.m. is vacated. The Trustee is directed to
3 | renotice the hearing on the calendar of the District Judge.
4 |      IT IS SO ORDERED.
5 | DATED: August 29, 2011

                              /s/ Gregory G. Hollows  
                            UNITED STATES MAGISTRATE JUDGE

ggh:wvr  
Louie.0883.reassignDJ.wpd